=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------
No. 99  SSM 9
Keith Holmes,
          Respondent,
        v.
Business Relocation Services,
Inc.,
          Third-Party
          Plaintiff-Appellant,

United Staffing Systems, Inc.,
          Third-Party
          Defendant-Respondent.



          Submitted by Daniel S. Kotler, for third-party
plaintiff-appellant.
          Submitted by Blake G. Goldfarb, for respondent.



MEMORANDUM:

          The order of the Appellate Division should be affirmed,

with costs, and the certified question answered in the

affirmative.  As a matter of law, it cannot be said that Business

Relocation Services, Inc., the alleged special employer, overcame

- 1 -

the presumption of continuing general employment by "clear[ly]
demonstrati[ng] . . . surrender of control by the general
employer and assumption of control by the special employer"
(<u>Thompson v Grumman Aerospace Corp.</u>, 78 NY2d 553, 557 [1991]).
The Appellate Division correctly determined that issues of fact
remained as to the alleged special employment relationship.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs, and certified question answered in
the affirmative, in a memorandum.  Chief Judge Lippman and Judges
Read, Pigott, Rivera, Abdus-Salaam, Stein and Fahey concur.


Decided March 26, 2015